ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERT F. BRADWELL, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 310-044 |
| | ) |
| DAVID McNEAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 15th day of October, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE